**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

MARVIS LASHAUN HERVEY,　　　　　)
ADC # 146833　　　　　　　　　　　)
　　Petitioner,　　　　　　　　　　)　　**Case No. 5:12-CV-00151 JMM-JTK**
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
RAY HOBBS, Director,　　　　　　　)
Arkansas Department of Correction　　)
　　Respondent.　　　　　　　　　　)

## <u>JUDGMENT</u>

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED,

ORDERED, and ADJUDGED that the Complaint is DISMISSED WITHOUT PREJUDICE.

SO ADJUDGED this 10th day of October, 2012.

_____
James M. Moody
United States District Judge